| Date | Pleading Number | |
|---|---|---|
| 6/24/74 | 1. | MOTION -- of Pro Se Plaintiff Robert E. Burket -- w/Proof of Service. 6 actions in M.D.Fla. and one action in S.D. Fla. REQUESTED TRANSFEREE FORUM: S.D. Ohio (We attached explanatory letter of 6/10/74 to supplement information contained in the letter.) |
| 6/27/74 | | ORDER -- Staying motion to transfer pursuant to 28 U.S.C. §1407 Notified counsel, involved judges. |
| 7/8/74 | | ORDER -- Stating that the motion for transfer pursuant to 28 U.S.C. §1407 is moot because actions are dismissed. Notified counsel clerks, involved judges. |

order  *Retire*

DOCKET NO. 181  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE ROBERT E. BURKET LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied _____   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Burket v. Schultz | M.D.Fla. Reed | 74-89-ORL-CIV-R | | | | |
| A-2 | Burket v. Schultz | M.D.Fla. Reed | 74-90-ORL-CIV-R | | | | |
| A-3 | Burket v. Berner, et al. | M.D.Fla. Reed | 74-91-ORL-CIV-R | | | | |
| A-4 | Burket v. Schultz | M.D.Fla. Reed | 74-92-ORL-CIV-R | | | | |
| A-5 | Burket v. Berner | M.D.Fla. Reed | 74-93-ORL-CIV-R | | | | |
| A-6 | Burket v. Boies | M.D.Fla. Reed | 74-94-ORL-CIV-R | | | | |
| A-7 | Burket v. Shultz, et al. | S.D.Fla. Mehrtens | 74-745 | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-181 -- IN RE ROBERT E. BURKET LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Mr. Robert E. Burket<br>Post Office Box 343608<br>Coral Gables, Fla.  33134 | JEANNE W. SCHULTZ<br>Wilbur H. Boies, Esquire<br>McDermott, Will & Emery<br>111 West Monroe Street<br>Chicago, Illinois  60603<br><br>James Berner<br>100-1/2 Cass Street<br>Woodstock, Illinois  60098<br><br>JEANNE W. SCHULTZ<br>EARL H. SCHULTZ, JR.<br>George T. Eidson, Jr., Esq.<br>Akerman, Sentertiff, Eidson & Wharton<br>Post Office Box 231<br>Orlando, Florida  32802<br><br>NORMAN H. POLLOCK<br>West Washington St.<br>Marengo, Ill.  60152<br><br>HONORABLE JAMES COONEY [dismissed]<br>The Attorney General of Illinois<br>Illinois Building<br>160 North LaSalle St.<br>Chicago, Illinois<br>   Attn: Mr. Caplan<br>         Asst. Attorney General<br><br>EARL H. SCHULTZ, JR.<br>JEANNE W. SCHULTZ<br>22718 River Rd.<br>Marengo, Ill.  60152<br><br>HONORABLE JAMES COONEY [dismissed]<br>McHenry County Courthouse<br>Seminary Rd.<br>Woodstock, Illinois<br><br>HONORABLE WILLIAM CARROLL [dismissed]<br>McHenry County Courthouse<br>Seminar Road<br>Woodstock, Illinois |