

DOCKET NO. 181

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ROBERT E. BURKET LITIGATION

ORDER

    It appearing that the six actions pending in the Middle district of Florida were dismissed on June 26, 1974, and that the single action pending in the Southern District of Florida was dismissed on June 27, 1974,

    IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman

SCHEDULE A                                        DOCKET NO. 181

    MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Robert E. Burket v. Jeanne W. Schulz, et al. | Civil Action No. 74-89-Orl-Civ-R |
| Robert E. Burket v. Earl H. Schulz, Jr. | Civil Action No. 74-90-Orl-Civ-R |
| Robert E. Burket v. James Berner, et al. | Civil Action No. 74-91-Orl-Civ-R |
| Robert E. Burket v. Earl H. Schulz, Jr. | Civil Action No. 74-92-Orl-Civ-R |
| Robert E. Burket v. James Berner | Civil Action No. 74-93-Orl-Civ-R |
| Robert E. Burket v. Wilbur H. Boies | Civil Action No. 74-94-Orl-Civ-R |

    SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Robert E. Burket v. Earl H. Schultz, et al. | Civil Action No. 74-745 |